# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE EUGENE BURT

NO. 2024 KW 0406

**JULY 29, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5519-F-2022.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

    **WRIT DENIED.**

                          **WRC**
                          **HG**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT